IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

**FILED - GR**

August 3, 2020 11:38 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _tb_  SCANNED BY ⊺ß 8/3/20

JEFFREY EARL ANDERSON

    Plaintiff,

v.

    CASE # 1:20-cv-547

THE HONORABLE KENT D. ENGLE,

    The Honorable Paul L. Mooney

    Defendant.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/OBJECTIONS TO DEFENDANT'S MOTION TO DISMISS

Comes now the above Plaintiff, Jeffrey Earl Anderson (hereinafter "Anderson" or "the Plaintiff"), *pro se*, and pursuant to Federal Rules of Civil Procedure 6(b), respectfully moves this Honorable Court for an extension of time of thirty (30) days in which to file a Response in Objection to Defendant's Motion to Dismiss. In support thereof, the Plaintiff states as follows:

1.) The Plaintiff is proceeding *pro se* and has little knowledge of the law and legal procedures.

2.) As a result, the Plaintiff cannot research and prepare a cogent response to complex legal issues raised in Defendant's Motion to Dismiss with the same efficiency as a seasoned attorney.

3.) The Plaintiff submits it will not prejudice the Defendant in any way by granting this requested extension.

4.) Due to Plaintiff's *pro se* status, the Plainitff has not conferred with opposing counsel to determine the Defendant's position on this motion.

1

WHEREFORE, in consideration of the foregoing, the Plaintiff Jeffrey Earl Anderson

respectfully moves this Honorable Court to grant an extension of time of thirty (30) days from

the date of such Order granting same, in order to Respond/Object to Defendant's Motion to

Dismiss.

Respectfully submitted,

/s/ Jeffrey Earl Anderson

2495 Air Park Drive
Zeeland, MI 49464
Tel: (630) 862-1811
Email: dmifinancial@aol.com

*Plaintiff pro se*

## CERTIFICATE OF SERVICE

I, Jeffrey Earl Anderson, Plaintiff *pro se* in the above action, do hereby certify that a true
and correct copy of this motion was duly served on the Defendant via email to Defendant's
counsel of record at egruszka@silvervanessen.com, this 31st day of July, 2020.

Signed: /s/ Jeffrey Anderson

2

Jeff Hoeksema
2495 Air Park Dr
Zeeland, MI
          49464

31 JUL 2000 PM 1 L

USA
FOREVER

Clerk of Court
United States District Courts
399 federal Bldg
110 michigan St NW
Grand Rapids, MI
                    49464

49503-230099