UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY EARL ANDERSON,

    Plaintiff,

v.

    Case No. 1:20-cv-547

    HONORABLE PAUL L. MALONEY

KENT D. ENGLE,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending before the Court is Plaintiff's motion for extension of time to file his response to Defendant's motion to dismiss (ECF No. 6). Plaintiff requests an additional 30 days. Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for extension of time (ECF No. 6) is GRANTED.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to file his response is extended to **September 21, 2020**.

Dated:  August 4, 2020                    /s/ Paul L. Maloney
                                                                      Paul L. Maloney
                                                                      United States District Judge