UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY EARL ANDERSON,

    Plaintiff,

                                                     Case No. 1:20-cv-547

v.

                                                     HONORABLE PAUL L. MALONEY

KENT D. ENGLE,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Pending before the Court is Plaintiff's motion for extension of time to file objections to Report and Recommendation (ECF No. 10).  Plaintiff seeks an additional 21 days to research and draft his objections.  Upon due consideration of the motion by the Court,

**IT IS HEREBY ORDERED** that the motion for extension of time to file objections to Report and Recommendation (ECF No. 10) is GRANTED.

**IT IS FURTHER ORDERED** that the deadline to file objections is extended to **October 26, 2020**.


Dated:  October 14, 2020                                                   /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                              United States District Judge