**FILED - GR**
October 30, 2020 9:30 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: JB 10/30/20

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
GRAND RAPIDS DIVISION

JEFFREY EARL ANDERSON

    Plaintiff,

v.                                                                      CASE # 1:20-cv-547

THE HONORABLE KENT D. ENGLE,           The Honorable Paul L. Mooney

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR SECOND EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Comes now the above Plaintiff, Jeffrey Earl Anderson (hereinafter "Anderson" or "the Plaintiff"), *pro se*, and respectfully moves this Honorable Court grant the Plaintiff a second extension of time of fourteen (14) days to file Objections to Magistrate Judge's Report and Recommendation. In support thereof, the Plaintiff states the following:

1.) This Court previously granted an extension of time to file Objections to the Magistrate Judge's R&R until October 26, 2020

2.) In the interim, Plaintiff was required to make an urgent business trip to the Ukraine and returned just yesterday.

3.) While on the trip to Ukraine Plaintiff was unable to work on the Objections to the Magistrate Judge's R&R.

4.) Simply stated, the Plaintiff needs additional time in order to research and draft Objections to that R&R. The Plaintiff is respectfully requesting 14 days from the present due date, or until November 9, 2020.

1

3.) Plaintiff has not conferred with opposing counsel to determine whether or not counsel objects to this present request for extension of time. However, the Plaintiff would submit that the Defendant will not be prejudiced by this additional time

WHEREFORE, in consideration of the above, the Plaintiff respectfully moves this Court to grant a fourteen (14) day extension or until November 9 in order to respond to the Magistrate Judge's R&R.

/s/ Jeffrey Earl Anderson
2495 Air Park Drive
Zeeland, MI 49464
Tel: (630) 862-1811
Email: dmifinancial@aol.com

*Plaintiff pro se*

## CERTIFICATE OF SERVICE

I, Jeffrey Earl Anderson, Plaintiff *pro se* in the above action, do hereby certify that a true and correct copy of this motion was duly served on the Defendant via email to Defendant's counsel of record at egruszka@silvervanessen.com, this 28th day of October, 2020.

Signed: /s/ Jeffrey Anderson