UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY ANDERSON, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:20-cv-547 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| KENT ENGLE, | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

The Court resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.** This is a final and appealable order.

**IT IS SO ORDERED.**

Date:  November 12, 2020                              /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     United States District Judge